NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GOVERNMENT EMPLOYEES )
INSURANCE COMPANY, )
)
Petitioner, )
)
v. ) Case No. 2D17-4619
)
KENNETH BENNETT, )
)
Respondent. )
_____ )

Opinion filed June 22, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
Rex M. Barbas, Judge.

Joshua J. Hartley, B. Richard Young,
Jordan M. Thompson, and Megan E.
Alexander of Young, Bill, Boles, Palmer &
Duke P.A., Tampa, for Petitioner.

Brandon G. Cathey, Brent G. Steinberg, and
Stephanie Miles of Swope, Rodante P.A.,
Tampa, for Respondent.


PER CURIAM.


            Denied.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.